UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| EMPLOYERS AND OPERATING ENGINEERS LOCAL 520 PENSION FUND, et al. | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:09-cv-219-GPM |
| vs. | ) ) | |
| MONIGER EXCAVATING COMPANY, INC., an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW FIRST AMENDED
COMPLAINT AND RE-FILE WITH REDACTED EXHIBITS**

Come now plaintiffs and move this Court to withdraw their First Amended Complaint and Exhibits (Docket Entry #19), as Exhibit 1 was mistakenly not redacted prior to e-filing. Plaintiffs' will redact Exhibit 1 and re-file with the Court immediately.

Respectfully submitted,

HAMMOND AND SHINNERS, P.C.
7730 Carondelet, Suite 200
St. Louis, Missouri 63105
Phone: (314) 727-1015
Fax:   (314) 727-6804


           /s/ Greg A. Campbell           
GREG A. CAMPBELL, #35381

Attorneys for Plaintiffs

2

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the following via operation of the Court's electronic filing system on this 13th day of July 2009:

John Gazzoli, Jr.
Theresa Phelps
7700 Bonhomme, Suite 375
St. Louis, MO   63105

                                                                /s/ Greg A. Campbell