UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| EMPLOYERS AND OPERATING ENGINEERS LOCAL 520 PENSION FUND, et al. | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:09-CV-219-GPM |
| v. | ) ) | |
| MONIGER EXCAVATING COMPANY, INC., | ) ) | |
| Defendant. | ) | |

**MOTION FOR PARTIAL SUMMARY JUDGMENT
ON COUNT I OF PLAINTIFFS' FIRST AMENDED COMPLAINT**

Come now plaintiffs, through counsel, and move this Court for a grant of summary judgment in their favor as to Count I of the First Amended Complaint in the amount of $39,814.10 as and for liquidated damages owed for fringe benefit contributions which defendant paid in an untimely manner. In support of this motion, the Court is respectfully referred to the accompanying Memorandum of Law and Affidavit of David Glastetter.

Respectfully submitted,

HAMMOND AND SHINNERS, P.C.
7730 Carondelet, Suite 200
St. Louis, Missouri 63105
Phone: (314) 727-1015
Fax:   (314) 727-6804


       /s/ Greg A. Campbell
GREG A. CAMPBELL, #35381

Attorneys for Plaintiffs

2

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the following via operation of the Court's electronic filing system on this 21st day of July, 2009: John Gazzoli, Jr. and Theresa Phelps, 7733 Forsyth Blvd., 4th Floor, St. Louis, MO 63105.

                                                        /s/ Greg A. Campbell