**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| EMPLOYERS AND OPERATING ENGINEERS LOCAL 520 PENSION FUND, et al., | )<br>)<br>) |
| Plaintiffs, | ) |
| vs. | ) CIVIL NO. 09-219-GPM |
| MONIGER EXCAVATING COMPANY, | ) |
| Defendant. | ) |

# **MEMORANDUM AND ORDER**

**MURPHY, District Judge:**

In their amended complaint (Doc. 21), Employers and Operating Engineers Local 520 Pension Fund and its trustees ("the Pension Fund") seek to recover liquidated damages (Count 1) and delinquent contributions (Count 2) allegedly owed by Moniger Excavating Company. Moniger wants a jury trial; the Pension Fund wants the jury demand stricken.

The Pension Fund has already filed a motion for summary judgment on the claims in Count 1 (Doc. 24), and the Court stayed briefing on the motion to allow Moniger time to conduct some discovery on the issues presented by Count 1 (*see* Docs. 26, 27). Now the Pension Fund seeks leave to file a second amended complaint. Moniger opposes the amendment on a technicality, but asks that if the motion is granted, the current presumptive trial month be extended.

Because the Court finds that the amendment should be allowed, it **GRANTS** the motion for leave to file a second amended complaint (Doc. 40); the second amended complaint shall be filed on or before **October 1, 2009**. The Court also extends the presumptive trial month from February

2010 to **July 2010**. Discovery shall be completed by **March 9, 2010**; dispositive motions shall be filed by **March 23, 2010**.

Finally, the Court **DENIES** the motion for summary judgment on Count 1 of Plaintiffs' first amended complaint (Doc. 24) without prejudice to refiling it as to the second amended complaint and **DENIES** the motion to strike jury demand (Doc. 30) without prejudice to refiling if Moniger renews its demand for a jury trial on any claims in the second amended complaint.

**IT IS SO ORDERED.**

DATED: 9/14/09

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge