Employers and Operating Engineers Local 520
Health and Welfare Fund
Pension Fund
Vacation Fund
Apprenticeship Fund
Annuity Fund

Agreed Upon Procedures and Statement of
Additional Reportable Hours for

MONIGER EXCAVATING CO., INC.

For the Period
January 1, 2002 through December 31, 2004



Employers and Operating Engineers Local 520
Health and Welfare Fund
Pension Fund
Vacation Fund
Apprenticeship Fund
Annuity Fund

Agreed Upon Procedures and Statement of
Additional Reportable Hours for

MONIGER EXCAVATING CO., INC.

For the Period
January 1, 2002 through December 31, 2004

TABLE OF CONTENTS


| | Page |
|---|---|
| Independent Accountant's Report on Applying Agreed Upon Procedures | 1 |
| Supplement for Agreed Upon Procedures | 2 |
| Summary of Agreed Upon Procedures Findings | 3-8 |
| Notes to Agreed Upon Procedures Findings | 9 |







ALLISON KNAPP & SIEKMANN, LTD.

CERTIFIED PUBLIC ACCOUNTANTS

May 2, 2006

Board of Trustees
Employers and Operating Engineers Local 520
Health and Welfare Fund
Pension Fund
Vacation Fund
Apprenticeship Fund
Annuity Fund
Belleville, Illinois

INDEPENDENT ACCOUNTANT'S REPORT
ON APPLYING AGREED UPON PROCEDURES

At your request, we have applied certain agreed upon procedures, as described in the attached supplement, which were agreed to by the Employers and Operating Engineers Local 520 Health and Welfare Fund, Pension Fund, Vacation Fund, Apprenticeship Fund, and Annuity Fund Board of Trustees, solely to determine if the data submitted by Moniger Excavating Co., Inc. (Contractor) is in compliance with the reporting provisions of the "Articles of Agreement" for Employers and Operating Engineers Local 520 Health and Welfare Fund, Pension Fund, Vacation Fund, Apprenticeship Fund, and Annuity Fund for the period January 1, 2002 through December 31, 2004. This agreed upon procedures engagement was performed in accordance with standards established by the American Institute of Certified Public Accountants. The sufficiency of the procedures is solely the responsibility of the specified users of the report. Consequently, we make no representation regarding the sufficiency of the procedures described on the attached supplement either for the purpose for which this report has been requested or for any other purpose.

In connection with the procedures described in the attached supplement, certain matters came to our attention that caused us to believe that additional contractor contributions, as shown in the attached pages, were due the Funds.

We were not engaged to, and did not, perform an examination, the objective of which would be the expression of an opinion on the payroll hours data submitted. Accordingly, we do not express such an opinion. Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

This report is intended solely for the information of the Contractor and the Employers and Operating Engineers Local 520 Health and Welfare Fund, Pension Fund, Vacation Fund, Apprenticeship Fund, and Annuity Fund and should not be used by those who have not agreed to the procedures and taken responsibility for the sufficiency of the procedures for their purposes.

Allison Knapp + Siekmann, Ltd.

2810 Frank Scott Parkway West, Ste. 704
Belleville, Illinois 62223-5007
(618) 233-2641 (618) 397-9300 FAX (618) 233-6334

P.O. Box 165 • 120 Mill Street
Bethalto, Illinois 62010-0165
(618) 377-2171 FAX (618) 377-2173

Members of: American Institute of Certified Public Accountants - Illinois C.P.A. Society



Moniger Excavating Co., Inc.

SUPPLEMENT FOR AGREED UPON PROCEDURES

January 1, 2002 through December 31, 2004

1. Obtained a basic understanding of the Contractor's payroll and benefit reporting systems.

2. Obtained access to the following accounting records from the Contractor:

- Cash disbursements
- Operating engineers fringe benefit reports
- Federal 1099's
- Contract
- Employee earnings records
- Federal W-2's
- Illinois Department of Employment Security Forms UI-3/40

3. In order to determine that all hours worked by operating engineers performing covered work were properly included in the contribution reports, we performed the following procedures:

- Compared determined hours to hours included in the contribution reports.
- Reviewed the Contractor's records of payments to subcontractors.
- Determined classification of subcontractors.

4. Reviewed findings with Contractor representative at conclusion of our procedures and discussed possible deficiencies.



Moniger Excavating Co., Inc.

SUMMARY OF AGREED UPON PROCEDURES FINDINGS

January 1, 2002 through December 31, 2004

Finding 1:

During our procedures, it was noted that additional hours were worked by operating engineers as follows:

| Period/Name | Month | Straight-time | Over-time |
|---|---|---|---|
| January 1, 2003 through July 31, 2003 | | | |
| -0760 | April 2003 | 23.00 | - |
| -8182) | January 2003 | 64.00 | - |
| -8182) | February 2003 | 63.50 | - |
| -8182) | March 2003 | 122.00 | 2.00 |
| -8182) | April 2003 | 42.50 | - |
| 8182) | May 2003 | 39.50 | - |
| -8182) | June 2003 | 57.00 | 15.00 |
| -8182) | July 2003 | 153.00 | - |
| -6928) | March 2003 | 11.00 | - |
| -6928) | April 2003 | 51.00 | |
| -2192) | February 2003 | 96.00 | 1.50 |
| -2192) | March 2003 | 5.00 | - |
| -2192) | May 2003 | 82.00 | - |
| 2192) | June 2003 | 41.00 | - |
| 2192) | July 2003 | 12.00 | 1.00 |
| B St | June 2003 | 7.00 | - |
| | | 869.50 | 19.50 |

| Benefits due: | Straight-time rate | Straight-time amount | Over-time rate | Over-time amount | Total amount |
|---|---|---|---|---|---|
| Welfare | $ 4.4000 | $ 3,825.80 | $ 6.6000 | $ 128.70 | $ 3,954.50 |
| Pension | 4.8000 | 4,173.60 | 7.2000 | 140.40 | 4,314.00 |
| Vacation | 0.9000 | 782.55 | 1.3500 | 26.33 | 808.88 |
| Apprenticeship | 1.0000 | 869.50 | 1.5000 | 29.25 | 898.75 |
| Annuity | 3.8000 | 3,304.10 | 5.7000 | 111.15 | 3,415.25 |
| | $ 14.9000 | $ 12,955.55 | $ 22.3500 | $ 435.83 | $ 13,391.38 |

(continued on next page)



SUMMARY OF AGREED UPON PROCEDURES FINDINGS
(continued)
January 1, 2002 through December 31, 2004

Finding 1: (continued)

| Period/Name | Straight-time rate | Straight-time amount | Month | Over-time rate | Over-time amount | Straight-time | Over-time | Total amount |
|---|---|---|---|---|---|---|---|---|
| August 1, 2003 through July 31, 2004 | | | | | | | | |
| ▓▓▓ (-0760) | $ 4.6000 | $ 1,936.60 | October 2003 | $ 6.9000 | $ 120.75 | 32.00 | 4.50 | |
| ▓▓▓ (-0760) | | | April 2004 | | | 30.00 | 0.50 | |
| ▓▓▓ (-0760) | | | July 2004 | | | 16.00 | - | |
| ▓▓▓ (5-8182) | 5.2500 | 2,210.25 | August 2003 | 7.8750 | 137.81 | 11.00 | - | |
| ▓▓▓ (-8182) | | | September 2003 | | | 21.50 | - | |
| ▓▓▓ (-8182) | | | October 2003 | | | 32.00 | 3.50 | |
| ▓▓▓ (-8182) | | | February 2004 | | | - | 2.00 | |
| ▓▓▓ (-8182) | | | April 2004 | | | 20.00 | 0.50 | |
| ▓▓▓ (-8182) | | | May 2004 | | | 7.50 | - | |
| ▓▓▓ (-8182) | | | June 2004 | | | 40.00 | 3.00 | |
| ▓▓▓ (0-6928) | 1.0000 | 421.00 | December 2003 | 1.5000 | 26.25 | 11.00 | - | |
| ▓▓▓ (0-6928) | | | January 2004 | | | 29.00 | - | |
| ▓▓▓ (-2192) | | | August 2003 | | | 24.50 | - | |
| ▓▓▓ (-2192) | | | September 2003 | | | 40.00 | 3.50 | |
| ▓▓▓ (-2192) | 1.0000 | 421.00 | October 2003 | 1.5000 | 26.25 | 8.00 | - | |
| ▓▓▓ (-2192) | | | November 2003 | | | 8.00 | - | |
| ▓▓▓ (-2192) | | | January 2004 | | | 4.00 | - | |
| ▓▓▓ (-2192) | | | February 2004 | | | 10.00 | - | |
| ▓▓▓ (-2192) | | | March 2004 | | | 12.00 | - | |
| ▓▓▓ (-0898) | 4.2500 | 1,789.25 | August 2003 | 6.3750 | 111.56 | 16.50 | - | |
| ▓▓▓ (-0898) | | | October 2003 | | | 36.00 | - | |
| ▓▓▓ (-0898) | | | March 2004 | | | 12.00 | - | |
| | $ 16.1000 | $ 6,778.10 | | $ 24.1500 | $ 422.62 | 421.00 | 17.50 | |

| | Total amount |
|---|---|
| | $ 2,057.35 |
| | 2,348.06 |
| | 447.25 |
| | 447.25 |
| | 1,900.81 |
| | $ 7,200.72 |

(continued on next page)

Benefits due:
Welfare
Pension
Vacation
Apprenticeship
Annuity

ALLISON KNAPP &
SIEKMANN, LTD
CERTIFIED PUBLIC ACCOUNTANTS



SUMMARY OF AGREED UPON PROCEDURES FINDINGS
(continued)
January 1, 2002 through December 31, 2004

Finding 1: (continued)

| Period/Name | Month | Straight-time | Over-time |
|---|---|---|---|
| August 1, 2004 through December 31, 2004 | | | |
| [redacted] 0760) | September 2004 | 34.00 | 4.50 |
| [redacted] 0760) | November 2004 | 8.00 | - |
| [redacted] -8182) | August 2004 | 24.00 | - |
| [redacted] -8182) | October 2004 | 4.00 | - |
| [redacted] -8182) | November 2004 | 10.00 | - |
| | | 80.00 | 4.50 |

| Benefits due: | Straight-time rate | Straight-time amount | Over-time rate | Over-time amount | Total amount |
|---|---|---|---|---|---|
| Welfare | $ 5.6000 | $ 448.00 | $ 8.4000 | $ 37.80 | $ 485.80 |
| Pension | 5.6500 | 452.00 | 8.4750 | 38.14 | 490.14 |
| Vacation | 1.0000 | 80.00 | 1.5000 | 6.75 | 86.75 |
| Apprenticeship | 1.0000 | 80.00 | 1.5000 | 6.75 | 86.75 |
| Annuity | 4.2500 | 340.00 | 6.3750 | 28.69 | 368.69 |
| | $ 17.5000 | $ 1,400.00 | $ 26.2500 | $ 118.13 | $ 1,518.13 |

(continued on next page)



SUMMARY OF AGREED UPON PROCEDURES FINDINGS
(continued)
January 1, 2002 through December 31, 2004

Finding 1: (continued)

During our procedures, it was also noted that hours were overreported for the following operators:

| Period/Name | Month | Straight-time | Over-time |
|---|---|---|---|
| January 1, 2003 - July 31, 2003 | | | |
| [redacted]-0760) | July 2003 | - | 14.50 |
| [redacted]-8182) | Jan 2003 | - | 1.50 |
| [redacted]-8182) | May 2003 | - | 2.00 |
| [redacted]-8182) | July 2003 | - | 1.00 |
| [redacted]-2192) | June 2003 | - | 9.00 |
| [redacted]-0898) | February 2003 | - | 1.50 |
| | | - | 14.50 |

| Benefits overpaid: | Straight-time rate | Straight-time amount | Over-time rate | Over-time amount | Total amount |
|---|---|---|---|---|---|
| Welfare | $ 4.4000 | $ - | $ 6.6000 | $ 95.70 | $ 95.70 |
| Pension | 4.8000 | - | 7.2000 | 104.40 | 104.40 |
| Vacation | 0.9000 | - | 1.3500 | 19.58 | 19.58 |
| Apprenticeship | 1.0000 | - | 1.5000 | 21.75 | 21.75 |
| Annuity | 3.8000 | - | 5.7000 | 82.65 | 82.65 |
| | $ 14.9000 | $ - | $ 22.3500 | $ 324.08 | $ 324.08 |

(continued on next page)



Case 3:09-cv-00219-GPM-DGW Document 49-1 Filed 09/21/09 Page 9 of 11

SUMMARY OF AGREED UPON PROCEDURES FINDINGS
(continued)
January 1, 2002 through December 31, 2004

Finding 1: (continued)

| Period/Name | Month | Straight-time | Over-time |
|---|---|---|---|
| August 1, 2003 - July 31, 2004 | | | |
| [redacted] | December 2003 | 32.50 | 2.00 |
| [redacted] | December 2003 | 32.00 | 0.50 |
| [redacted] | August 2003 | - | 9.00 |
| [redacted] | December 2003 | 29.00 | 0.50 |
| [redacted] | June 2003 | - | 9.00 |
| [redacted] | February 2003 | - | 1.50 |
| | | 93.50 | 22.50 |

| | Straight-time rate | Straight-time amount | Over-time rate | Over-time amount | Total amount |
|---|---|---|---|---|---|
| Benefits overpaid: | | | | | |
| Welfare | $ 4.6000 | $ 430.10 | $ 6.9000 | $ 155.25 | $ 585.35 |
| Pension | 5.2500 | 490.88 | 7.8750 | 177.19 | 668.06 |
| Vacation | 1.0000 | 93.50 | 1.5000 | 33.75 | 127.25 |
| Apprenticeship | 1.0000 | 93.50 | 1.5000 | 33.75 | 127.25 |
| Annuity | 4.2500 | 397.38 | 6.3750 | 143.44 | 540.81 |
| | $ 16.1000 | $ 1,505.35 | $ 24.1500 | $ 543.38 | $ 2,048.73 |

(continued on next page)



SUMMARY OF AGREED UPON PROCEDURES FINDINGS
(continued)
January 1, 2002 through December 31, 2004

Finding 1: (continued)

SUMMARY OF BENEFITS DUE

| Period | Welfare | Pension | Apprenticeship | Vacation | Annuity | Total |
|---|---|---|---|---|---|---|
| Benefits due: | | | | | | |
| January 1, 2003 - July 31, 2003 | $ 3,954.50 | $ 4,314.00 | $ 898.75 | $ 808.88 | $ 3,415.25 | $ 13,391.38 |
| August 1, 2003 - July 31, 2004 | 2,057.35 | 2,348.06 | 447.25 | 447.25 | 1,900.81 | 7,200.72 |
| August 1, 2004 - December 31, 2004 | 485.80 | 490.14 | 86.75 | 86.75 | 368.69 | 1,518.13 |
| Benefits (overpaid): | | | | | | |
| January 1, 2003 - July 31, 2003 | (95.70) | (104.40) | (21.75) | (19.58) | (82.65) | (324.08) |
| August 1, 2003 - July 31, 2004 | (585.35) | (668.06) | (127.25) | (127.25) | (540.81) | (2,048.72) |
| TOTAL BENEFITS DUE | $ 5,816.60 | $ 6,379.74 | $ 1,283.75 | $ 1,196.05 | $ 5,061.29 | $ 19,737.43 |



Moniger Excavating Co., Inc.

NOTES TO AGREED UPON PROCEDURES FINDINGS

January 1, 2001 through December 31, 2004

Note 1: Due to computer problems, payroll records and payroll related material were not available for the year 2002.

Note 2: The following summarizes hours reported by the salaried owner:

| Name | Year | Hours Reported | W-2 Wages |
|---|---|---|---|
| [redacted] | 2003 | 1,500.00 | $ 95,400.00 |
| [redacted]8081 | 2004 | 1,410.00 | 93,600.00 |

Note 3: Federal Form 1099's were available for 2002, 2003 and 2004. The following owner/operators were issued this form for the year summarized below:

| 2003 | Hours | Hourly Rate | Total | Description |
|---|---|---|---|---|
| [redacted] [redacted]-4473 | - | $ - | $ 900.00 | Regrade/seed straw lot |
| Amount on Form 1099 | | | $ 900.00 | |
| [redacted] [redacted]-5514 | 5.00 | $ 52.00 | $ 260.00 | Vandalia test holes |
| | 16.00 | 52.00 | 832.00 | I-55 rest area - backfill |
| | 8.00 | 52.00 | 416.00 | I-55 rest area - 4" sewer |
| | 16.00 | 52.00 | 832.00 | I-55 rest area - air piping |
| | 8.00 | 52.00 | 416.00 | I-55 rest area - air/piping |
| | 16.00 | 52.00 | 832.00 | Coalfield rest area |
| | 8.00 | 52.00 | 208.00 | Vandalia test holes |
| | 49.00 | 52.00 | 2,548.00 | Beecher City |
| | 20.00 | 52.00 | 1,040.00 | Eggerville |
| | 57.00 | 52.00 | 2,964.00 | Brighton |
| Amount on Form 1099 | | | $ 10,348.00 | |

