UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| EMPLOYERS AND OPERATING ENGINEERS LOCAL 520 PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 3:09-CV-219-GPM |
| MONIGER EXCAVATING COMPANY, INC., | ) ) | |
| Defendant. | ) | |

**MOTION FOR PARTIAL SUMMARY JUDGMENT
ON COUNT I OF PLAINTIFFS' SECOND AMENDED COMPLAINT**

Come now plaintiffs, through counsel, and move this Court for a grant of summary judgment in their favor as to Count I of their Second Amended Complaint in the amount of $39,814.10, as and for liquidated damages.  In support of this motion, plaintiffs hereby adopt the Memorandum of Law and Affidavit of David Glastetter which plaintiffs filed in support of their Motion for Partial Summary Judgment on Count I of Plaintiffs' First Amended Complaint, which motion was denied as moot due to the filing of Plaintiffs' Second Amended Complaint. Since Count I was not changed by the Second Amended Complaint, plaintiffs herein incorporate by reference the aforesaid Memorandum of Law and Affidavit of David Glastetter.

Respectfully submitted,

HAMMOND AND SHINNERS, P.C.
7730 Carondelet, Suite 200
St. Louis, Missouri 63105
Phone: (314) 727-1015
Fax:   (314) 727-6804


       /s/ Greg A. Campbell
GREG A. CAMPBELL, #35381

Attorneys for Plaintiffs

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the following via operation of the Court's electronic filing system on this 19th day of October, 2009.

John Gazzoli, Jr.
Theresa Phelps
7700 Bonhomme, Suite 375
St. Louis, MO   63105

                                              /s/ Greg A. Campbell