UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| EMPLOYERS AND OPERATING ENGINEERS LOCAL 520 PENSION FUND, et al. | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:09-CV-219-GPM |
| vs. | ) ) | |
| MONIGER EXCAVATING COMPANY, INC., | ) ) | |
| Defendant. | ) | |

### MOTION FOR LEAVE TO WITHDRAW PLAINTIFFS' PENDING MOTIONS

Come now plaintiffs, through counsel, and request leave to withdraw their pending Motion for Partial Summary Judgment and Motion to Strike Jury Trial Demand. Plaintiffs state that defendant consents to the withdrawal of these motions.

Respectfully submitted,

HAMMOND AND SHINNERS, P.C.
7730 Carondelet, Suite 200
St. Louis, Missouri 63105
Phone: (314) 727-1015
Fax:  (314) 727-6804


    /s/ Greg A. Campbell
GREG A. CAMPBELL, #35381

Attorneys for Plaintiffs


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the following via operation of the Court's electronic filing system on January 13, 2010: John Gazzoli, Jr. and Theresa Phelps, 7733 Forsyth, 4th Floor, St. Louis, MO 63105.

    /s/ Greg A. Campbell